| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 5:12-CR-529-SLB-MHH |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 3:14-00064-01 |
| NAME AND ADDRESS OF SUPERVISED RELEASEE JASON RANDALL ANDERSON 308 Pole Hill Road, Lot 2 Millersville, TN 37072 | DISTRICT ND/AL | DIVISION NORTH EASTERN |
| | NAME OF SENTENCING JUDGE Honorable Sharon Lovelace Blackburn | |
| | DATES OF SUPERVISED RELEASE | FROM 02/05/2014 — TO 02/04/2017 |

OFFENSE
18 U.S.C. §472: Possession of Counterfeit Obligations

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___ NORTHERN DISTRICT OF ALABAMA ___

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___ MIDDLE DISTRICT OF TENNESSEE ___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/11/14
Date

Sharon Lovelace Blackburn
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___ MIDDLE DISTRICT OF TENNESSEE ___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4-14-14
Effective date

United States District Judge